UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OWEN HARTY,<br>  plaintiff, | :<br>:<br>: |
| v. | :<br>: Civil no. 3:11CV1759(AVC) |
| GREENWICH HOSPITALITY GROUP,<br>LLC d/b/a HAMPTON INN AND<br>SUITES,<br>  defendant. | :<br>:<br>:<br>: |

### JUDGMENT

This action having come before the court for consideration of the defendant, Greenwich Hospitality Group, LLC d/b/a Hampton Inn and Suites' motion to dismiss, and

The court having considered the motion and the record of the case, and having granted the defendant's motion to dismiss on October 31, 2012, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant, Greenwich Hospitality Group, LLC d/b/a Hampton Inn and Suites.

Dated at Hartford, Connecticut, this 31st day of October, 2012 at Hartford, Connecticut.

ROBIN TABORA, Clerk

By: *Renee Alexander*
Renee Alexander
Deputy Clerk